# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No. 3:23-CV-00102-KDB-DSC

| | |
|---|---|
| **Jasmine Wilson,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**Polypore International, LP, EmployBridge, LLC, and John Doe,**<br><br>      **Defendants.** | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jasmine Wilson and Defendant Polypore International, Inc. ("Polypore"), by and through the undersigned counsel, hereby stipulate to and give notice of the dismissal of all of Plaintiff's claims against Defendant Polypore and John Doe in this action with prejudice, including all claims that were or might have been asserted by Plaintiff in this action. Each party shall bear their own fees and costs.

This 16th day of May, 2023.

/s/ Tiffany Scott
Tiffany V. Scott
N.C. State Bar No. 52392
McAdoo Law Group
122 North McDowell Street
Charlotte, North Carolina 28204
Telephone: (704) 295-6398
Facsimile: (704) 464-4426
*Attorney for Plaintiff*

/s/ Tory I. Summey
Tory I. Summey
NC State Bar No. 46437
torysummey@parkerpoe.com
Parker Poe Adams & Bernstein LLP
620 South Tryon Street, Suite 800
Charlotte NC 28202
Telephone: (704) 335-9539
Facsimile: (704) 335-9697
*Attorneys for Defendant Polypore International, L.P.*